UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 24-07467-MEMF (AS) | Date | June 30, 2025 |
|---|---|---|---|
| Title | *John Michael Christopher Farkas v. Mailroom Sergeant, et.al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**    **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On May 1, 2025, the Court issued an Order dismissing Plaintiff's First Amended Complaint with leave to amend, and directing Plaintiff to file a Second Amended Complaint if he wished to pursue this case. ("Order") (Dkt. No. 14). Plaintiff was ordered to file a Second Amended Complaint within 30 days from the date of the Court's Order. (Id. at 7). Since the Order was issued on May 1, 2025, Plaintiff was required to file a Second Amended Complaint no later than May 30, 2025. Plaintiff was "explicitly cautioned that failure to timely file a Second Amended Complaint, . . . may result in a recommendation that this action, or portions thereof, be dismissed with prejudice for failure to prosecute and/or failure to comply with a court order. (Id. at 8).

To date, Plaintiff has failed to file a Second Amended Complaint, seek an extension of time to do so, or otherwise communicate with the Court. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than July 28, 2025,** why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a Second Amended Complaint that complies with the May 1, 2025 Order dismissing Plaintiff's First Amended Complaint, (Dkt. No. 14), a copy of which is attached to this Order, or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a Second Amended Complaint.

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 24-07467-MEMF (AS) | Date | June 30, 2025 |
|---|---|---|---|
| Title | *John Michael Christopher Farkas v. Mailroom Sergeant, et.al.,* | | |

<u>Plaintiff is warned that a failure to timely respond to this Order **will** result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders</u>.

**IT IS SO ORDERED.**

cc:   Maame Ewusi-Mensah Frimpong
      United States District Judge

                                              0 : 00

Initials of Preparer