**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

| | |
|---|---|
| JOHN MICHAEL CHRISTOPHER FARKAS,<br><br>                              Plaintiff,<br><br>                    v.<br><br>MAILROOM SERGEANT, MAILROOM STAFF, I.R.S. STAFF IN FRESNO, CORRECTIONAL OFFICER 2ND WATCH, SANCHEZ, AND 3RD WATCH CAPTAIN LIEUTENANT,<br><br>                              Defendants. | Case No. CV 24-07467-MEMF (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMNEDATIONS OF**<br><br>**UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, the records of this case, and the Report and Recommendation of a United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on the plaintiff.

DATED: March 5, 2026

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE

2