JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| JOHN MICHAEL CHRISTOPHER FARKAS,<br><br>                  Plaintiff,<br><br>     v.<br><br>MAILROOM SERGEANT, MAILROOM STAFF, I.R.S. STAFF IN FRESNO, CORRECTIONAL OFFICER 2ND WATCH, SANCHEZ, AND 3RD WATCH CAPTAIN LIEUTENANT,<br><br>             Defendants. | CASE NO. CV 24-07467-MEMF(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: March 5, 2026

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE